IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
PAUL DUDLEY, JR.,              )
                               )
            Petitioner,        )
                               )       1:23CV679
     v.                        )       1:20CR412-1
                               )
UNITED STATES OF AMERICA,      )
                               )
            Respondent.        )
```

**ORDER**

On August 23, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 103.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion (Doc. 99) to vacate, set aside or correct sentence is DENIED and that, there being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability will not issue.

/s/   Thomas D. Schroeder
                                  United States District Judge

March 27, 2024